UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER VALVERDE, JR., an individual, on behalf of himself and all persons similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>COGENT COMMUNICATIONS, INC. and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.: 5:13-CV-00876-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties' Joint Case Management Statement (see Docket Item No. 24), the court finds that a Case Management Conference would not be productive at this time due to the parties' upcoming mediation. Accordingly, the conference scheduled for September 6, 2013 is CONTINUED until November 15, 2013. The parties shall file a Joint Case Management Statement no later than November 8, 2013. The parties are cautioned that their statement shall not exceed ten pages in length as required by the Standing Order for All Judges of the Northern District of California.

**IT IS SO ORDERED**

Dated: September 3, 2013

                                                EDWARD J. DAVILA
                                              United States District Judge