United States District Court
For the Northern District of California

1

2

3

4

5

6

7            IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                    SAN JOSE DIVISION

10   CHRISTOPHER VALVERDE, an                    CASE NO. 5:13-cv-00876 EJD
     individual, on behalf of himself, and on
11   behalf of all persons similarly situated,   **ORDER RE: CONSENT/DECLINATION**
                                                 **TO PROCEED BEFORE A UNITED**
12                                               **STATES MAGISTRATE JUDGE**

                        Plaintiff(s),
13        v.

14   COGENT COMMUNICATIONS, INC.,

15
                        Defendant(s).
16   _____/

17        On September 5, 2013, Defendant Cogent Communications, Inc. filed a document indicating

18   its voluntary consent to have United States Magistrate Judge Paul S. Grewal conduct all further

19   proceedings in this action.  See Docket Item No. 30.

20        In order to determine the position of both parties on this issue, the court orders Plaintiff to

21   file a similar document indicating either his consent or declination to proceed before Magistrate

22   Judge Grewal on or before **September 10, 2013.**

23   **IT IS SO ORDERED.**

24

25   Dated:  September 6, 2013                    _____
                                                  EDWARD J. DAVILA
26                                                United States District Judge

27

28

                                    1