IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER VALVERDE, JR., an individual, on behalf of himself, and on behalf of all persons similarly situated<br><br>Plaintiff(s),<br>v.<br>COGENT COMMUNICATIONS INC.,<br><br>Defendant(s). | CASE NO. 5:13-cv-00876 EJD<br><br>**ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE** |

Having reviewed the parties Joint Statement (see Docket Item No. 39) and good cause appearing therefor, the hearing on the Order to Show Cause scheduled for December 13, 2013, is CONTINUED to **January 17, 2014, at 10:00 a.m.** On or before **January 10, 2014**, the parties shall file an updated joint statement in response to the Order to Show Cause setting forth the status of settlement efforts as well as the amount of additional time necessary to finalize and file a dismissal.

The Order to Show Cause shall be automatically vacated and the parties relieved of the obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a) is filed on or before **January 10, 2014.**

**IT IS SO ORDERED.**

Dated: December 10, 2013

EDWARD J. DAVILA
United States District Judge