| | |
|---|---|
| NORMAN B. BLUMENTHAL, SBN 068687<br>KYLE R. NORDREHAUG, SBN 205975<br>APARAJIT BHOWMIK, SBN 248066<br>RUCHIRA PIYA MUKHERJEE, SBN 274217<br>BLUMENTHAL, NORDREHAUG &<br>BHOWMIK<br>2255 Calle Clara<br>La Jolla, CA 92037<br>Tel: 858.551.1223<br>Fax: 858.551.1232<br>Website: www.bamlawca.com | REBECCA EISEN, SBN 96129<br>reisen@morganlewis.com<br>THERESA MAK, SBN 211435<br>tmak@morganlewis.com<br>ANDREW FREDERICK, SBN 284832<br>afrederick@morganlewis.com<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, California 94105-1126<br>Telephone: 415.442.1000<br>Facsimile: 415.442.1001 |
| Attorneys for Plaintiff<br>CHRISTOPHER VALVERDE, JR. | Attorneys for Defendant<br>COGENT COMMUNICATIONS, INC. |

*IT IS SO ORDERED*
*[signature]*
*Judge Edward J. Davila*
*1/10/2014*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER VALVERDE, JR.,<br>an individual, on behalf of himself, and on<br>behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COGENT COMMUNICATIONS, INC.,<br>a Delaware corporation; and DOES 1 through<br>50, inclusive,<br><br>Defendants. | Case No. 5:13-cv-00876-EJD<br><br>**JOINT STIPULATION OF DISMISSAL**<br><br>**FRCP 41(a)(1)(A)(ii)** |

Plaintiff Christopher Valverde, Jr. ("Plaintiff") and Defendant Cogent Communications, Inc. ("Cogent" or "Defendant") (collectively, "the Parties"), by and through their respective counsel of record, enter into this Stipulation to dismiss all claims brought in the above-captioned action. The Parties hereby stipulate and agree as follows:

WHEREAS, Plaintiff's First Amended Complaint ("FAC") alleges individual claims on behalf of the named Plaintiff as well as class and representative claims;

WHEREAS, Plaintiff has decided to dismiss this action pursuant to Federal Rules of Civil Procedure ("FRCP") Rule 41(a)(1)(A)(ii);

WHEREAS, under FRCP Rule 23, Court approval of the dismissal of Plaintiff's class

claims is not required because it is not a voluntary dismissal of "the claims, issues, or defenses of a *certified* class." FRCP 23(e) (emphasis added); *see also* Advisory Committee Notes on 2003 Amendments to Rule 23, Subdivision (e), Paragraph (1) ("[t]he new rule requires [court] approval only if the claims, issues or defenses of a *certified* class are resolved by … voluntary dismissal") (emphasis added);

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through the Parties' respective counsel, as follows:

1. Plaintiff's individual claims are hereby dismissed with prejudice pursuant to FRCP Rule 41(a)(1)(A)(ii);

2. Plaintiff's class action and representative action claims are hereby dismissed without prejudice to other aggrieved and/or putative class members, pursuant to FRCP Rule 41(a)(1)(A)(ii);

3. Plaintiff will not reassert or refile any class, collective, or representative action claims that were, or could have been, alleged in this action, including any claims under the Private Attorney General Act or the Fair Labor Standards Act; and

4. The Parties will each bear their own costs and fees with respect to the prosecution and defense of the claims asserted in the action. `The Clerk shall close this file.`

IT IS SO STIPULATED.

///
///
///
///
///
///
///
///
///

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

EU1/ 52162341.2

2    Case No. 5:13-cv-00876-EJD
JOINT STIPULATION OF DISMISSAL [FRCP 41(A)(1)(A)(II)]

| | | |
|---|---|---|
| 1 | Dated:  January 9, 2014 | BLUMENTHAL, NORDREHAUG & BHOWMIK |
| 2 | | |
| 3 | | By ____*/s/ Aparajit Bhowmik*____ |
| 4 | | Aparajit Bhowmik<br>Attorneys for Plaintiff<br>CHRISTOPHER VALVERDE, JR. |
| 5 | | |
| 6 | Dated:  January 9, 2014 | MORGAN, LEWIS & BOCKIUS LLP |
| 7 | | |
| 8 | | By ____*/s/ Andrew Frederick*____ |
| 9 | | Andrew Frederick<br>Attorneys for Defendant<br>COGENT COMMUNICATIONS, INC. |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

EU1/ 52162341.2

3                                         Case No. 5:13-cv-00876-EJD
JOINT STIPULATION OF DISMISSAL [FRCP 41(A)(1)(A)(II)]